1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                            **SAN JOSE DIVISION**

| | |
|---|---|
| COLONEL DAVID RANDOLPH SCOTT, | CASE NO.:  5:17-cv-000436 NC |
| Plaintiff, | |
| vs. | **ORDER PERMITTING WITHDRAWAL OF GREENBERG TAURIG, LLP AS COUNSEL OF RECORD FOR DEFENDANT STERLING JEWELERS, INC.** |
| CITIZEN WATCH COMPANY OF AMERICA, INC., a California Corporation (Successor to Bulova Corporation, a New York corporation); STERLING JEWELERS, INC. dba KAY JEWELERS, a Delaware Corporation; and DOES 1 through 99, inclusive, | |
| Defendant. | Action Filed:  January 27, 2017 |

1  THE COURT, having considered the notice of withdrawal of Greenberg Traurig, LLP as counsel
2  of record for defendant Sterling Jewelers, Inc. d/b/a Kay Jewelers ("Sterling"), hereby permits the
3  withdrawal of Greenberg Traurig, LLP as counsel of record for Sterling.  The law firm of McGlinchey
4  Stafford and attorneys Richik Sarkar and Dhruv M. Sharma will remain as counsel of record for
5  Sterling, and Greenberg Traurig, LLP will remain as counsel of record for defendant Citizen Watch
6  Company of America, Inc.

7

8  IT IS SO ORDERED.

9

10  DATED:   July 20, 2017

GRANTED

Judge Nathanael M. Cousins

*United States District Court, Northern District of California* (seal)