Exhibit 1

Exhibit 1

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
*Ballon@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
1900 University Avenue, 5th Floor, East Palo Alto, CA 94303
Telephone: 650-328-8500; Facsimile: 650-328-8508

*Attorneys for defendant Citizen Watch Company of America, Inc.*

Seth Presser (NY SBN 4554713) (admitted Pro Hac Vice)
*SPresser@bulova.com*
The Empire State Building
350 Fifth Avenue, 29th Floor, New York, NY 10118
Telephone: 212-497-9795

*Attorneys for defendant Citizen Watch Company of America, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| COLONEL DAVID RANDOLPH SCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITIZEN WATCH COMPANY OF AMERICA, INC., a California Corporation (Successor to Bulova Corporation, a New York corporation); STERLING JEWELERS, INC. dba KAY JEWELERS, a Delaware Corporation; and DOES 1 through 99, inclusive,<br><br>　　　　　Defendant. | CASE NO.:  5:17-cv-00436 NC<br><br>**EXHIBIT 1: ORIGINAL BOOKLET FOR COMMEMORATIVE LUNAR WATCH**<br><br>Date:　　　　December 6, 2017<br>Time:　　　　1:00 p.m.<br>Courtroom:　　7<br>Judge:　　　　Hon. Nathanael Cousins<br><br>Action Filed:  January 27, 2017 |

MANUAL FILING NOTIFICATION

Regarding: EXHIBIT 1 to the Declaration Of Christopher Napolitano In Support Of Motion for Summary Judgment Pursuant To Fed. R. Civ. P. 56(a).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

 **X  Physical Object (description): The Original Booklet for the Commemorative Lunar Watch. Citizen Watch Company of America, Inc. lodges the Booklet so that the Court can view the materials as a consumer would after purchasing the Commemorative Lunar Watch.**

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

Other (description): _____

DATED:  October 30, 2017                    GREENBERG TRAURIG, LLP

                                            By:  /s/ Ian C. Ballon _____
                                                 Ian C. Ballon
                                                 Nina D. Boyajian
                                                 Attorneys for defendant Citizen Watch Company of
                                                 America, Inc.

Dated: October 30, 2017                     CITIZEN WATCH COMPANY OF AMERICA, INC.

                                            By:  /s/  Seth Presser _____
                                                 Seth Presser
                                                 Attorneys for defendant Citizen Watch Company of

1

America, Inc.

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  October 30, 2017

*/s/  Ian C. Ballon*
Ian C. Ballon

2



Exhibit 2

Exhibit 2

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
*Ballon@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
1900 University Avenue, 5th Floor, East Palo Alto, CA 94303
Telephone: 650-328-8500; Facsimile: 650-328-8508

*Attorneys for defendant Citizen Watch Company of America, Inc.*

Seth Presser (NY SBN 4554713) (admitted Pro Hac Vice)
*SPresser@bulova.com*
The Empire State Building
350 Fifth Avenue, 29th Floor, New York, NY 10118
Telephone: 212-497-9795

*Attorneys for defendant Citizen Watch Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| COLONEL DAVID RANDOLPH SCOTT,<br><br>              Plaintiff,<br><br>vs.<br><br>CITIZEN WATCH COMPANY OF AMERICA, INC., a California Corporation (Successor to Bulova Corporation, a New York corporation); STERLING JEWELERS, INC. dba KAY JEWELERS, a Delaware Corporation; and DOES 1 through 99, inclusive,<br><br>              Defendant. | CASE NO.:  5:17-cv-00436 NC<br><br>**EXHIBIT 2: REVISED BOOKLET FOR COMMEMORATIVE LUNAR WATCH**<br><br>Date:          December 6, 2017<br>Time:          1:00 p.m.<br>Courtroom:   7<br>Judge:        Hon. Nathanael Cousins<br><br>Action Filed:  January 27, 2017 |

MANUAL FILING NOTIFICATION

Regarding: EXHIBIT 2 to the Declaration Of Christopher Napolitano In Support Of Motion for Summary Judgment Pursuant To Fed. R. Civ. P. 56(a).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

**_X_ Physical Object (description): The Revised Booklet for the Commemorative Lunar Watch. Citizen Watch Company of America, Inc. lodges the Booklet so that the Court can view the materials as a consumer would after purchasing the Commemorative Lunar Watch.**

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

Other (description): _____

DATED:  October 30, 2017                    GREENBERG TRAURIG, LLP

                                            By: _/s/ Ian C. Ballon_____
                                                Ian C. Ballon
                                                Nina D. Boyajian
                                                Attorneys for defendant Citizen Watch Company of
                                                America, Inc.


Dated: October 30, 2017                     CITIZEN WATCH COMPANY OF AMERICA, INC.

                                            By: _/s/  Seth Presser_____
                                                Seth Presser
                                                Attorneys for defendant Citizen Watch Company of

1

America, Inc.

## __ATTESTATION__

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  October 30, 2017

/s/  Ian C. Ballon
Ian C. Ballon



Exhibit 3

Exhibit 3



**DESCRIPTION**

Stock #270566502



This Special Edition Moon Chronograph Watch replica takes inspiration from astronaut Dave Scott's personal Bulova chronograph worn during the Apollo 15 moon landing. The watch is powered by Bulova's proprietary, high-performance UHF quartz movement, with a vibrational frequency of 262kHz—eight times greater than a standard quartz movement for unparalleled accuracy. The black chronograph men's watch has three subdials, a date window, tachymeter scale bezel set in a 45mm stainless steel case. Topped by a sapphire crystal, the case has a screw-in case back and water-resistance to 50 meters. The interchangeable black leather and nylon straps secure with a buckle clasp.

Exhibit 3

Exhibit 4

Exhibit 4

 Bulova 



| Bulova 96B251 Special Edition Moon |

96B251 Special Edition Moon Chronograph

96B251 Special Edition Moon Chronograph

96B251 Special Edition Moon Chronograph



## 96B251 Special Edition Moon Chronograph Watch

After Apollo 15's mission commander made lunar history—while wearing his personal Bulova chronograph—we're making history again. The Bulova Moon Watch replicates that original timepiece, updated with our exclusive high performance quartz movement with a frequency of 262 kHz for unparalleled accuracy, continuing a history of precision timing. Features include super-luminous hands and markers, anti-reflective sapphire glass, tachymeter and calendar all housed in a solid 316L surgical-grade stainless steel case in silver-tone with black dial.  Two interchangeable straps are included -- one a textured black leather; the other, a black nylon with a nubuck leather patch that commemorates the date of mission (DOM) as 08021971.  Gift-box presentation includes a Certificate of Authenticity.

Exhibit 4





**$ 550.00** Suggested U.S. Retail Price

📍 FIND A RETAILER

Additional Details:

- Movement: High Performance Quartz
- Case diameter: 45 mm
- Case thickness: 13.5 mm
- Water resistance: 50M
- 3-year limited warranty
- View user manual (pdf)

Share:

  

## MORE FROM SPECIAL EDITION

Exhibit 4







96B241 140TH
ANNIVERSARY
PRECISIONIST
CHRONOGRAPH
WATCH

$ 825.00

96B250
MANCHESTER
UNITED CLUB
WATCH

$ 525.00

96B249 MEN'S
POCKET WATCH

$ 699.00

Bulova 97D105 Men's
Liberty Timepiece Watch

97D105 MEN'S
LIBERTY
TIMEPIECE
WATCH

$ 399.00

Exhibit 4



## ABOUT BULOVA

The Bulova Brand

Corporate Sales

Caravelle New York

Bulova Clocks

Bulova Eyewear

## CUSTOMER SERVICE

Frequently Asked Questions

Warranty & Repairs

Parts & Manuals

Contact Us

## FOLLOW US

Be the first to know about new watches & special offers.

| your@email.com | SUBSCRIBE |

    

Preferred Language: English | Español | Français | Italiano| Deutsch | Português | 日本語

© 2016. Bulova Corporation. All rights reserved. Terms & conditions.

Exhibit 4

Exhibit 5

Exhibit 5

| DESCRIPTION | Stock #270566502 |
| --- | --- |



Bulova made space history on August 2, 1971—during the Apollo 15 mission, a moon pilot chronograph, customized for lunar conditions by Bulova engineers, was worn on the moon. Now Bulova makes history again with the special edition Moon Watch, updated with our exclusive high performance quartz movement with a frequency of 262 kHz for unparalleled accuracy, continuing a history of precision timing. Features include super-luminous hands and markers, anti-reflective sapphire glass, tachymeter and calendar all housed in a solid 316L surgical-grade stainless steel case in silver-tone with black dial. Two interchangeable straps are included -- one a textured black leather; the other, a black nylon with a nubuck leather patch that commemorates the date of mission (DOM) as 08021971. Gift-box presentation includes a Certificate of Authenticity.

## PURCHASE WITH EASE

- Sterling Jewelers
- Special financing plans available
- 12 months no interest
- Questions? Call 1-800-527-8179

Learn More

Exhibit 5