ROBERT L. MEZZETTI II (SBN 114282)
Rob@mezzettilaw.com
MAUREEN PETTIBONE RYAN (SBN 245438)
Maureen@mezzettilaw.com
CHRISTOPHER R. MEZZETTI (SBN 282287)
Chris@mezzettilaw.com
MEZZETTI LAW FIRM, INC.
31 East Julian Street
San Jose, California 95112
Telephone (408) 279-8400
Facsimile (408) 279-8448


Attorneys for Plaintiff
Colonel David Randolph Scott (Ret.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLONEL DAVID RANDOLPH SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZEN WATCH COMPANY OF AMERICA, INC., a California Corporation (successor to BULOVA CORPORATION, a New York corporation); STERLING JEWELERS, INC. dba KAY JEWELERS, a Delaware corporation; and DOES 1 through 99, inclusive,<br><br>    Defendants. | Case Number: 17-CV-00436-NC<br><br>DECLARATION OF MAUREEN PETTIBONE RYAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BULOVA'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)<br><br>Date:  February 7, 2017<br>Time:  1:00 p.m.<br>Courtroom:  7<br>Judge:  Hon. Nathanael Cousins<br><br>Complaint Filed:  January 27, 2017<br><br>REDACTED |

RYAN DEC. ISO OPP. TO BULOVA'S 56(A) MOTION

1

**Declaration of Maureen Pettibone Ryan**

I, Maureen Pettibone Ryan, declare:

1.      I am an attorney licensed to practice law in the State of California, and admitted before the United States District Court, Northern District of California.  I am an associate of Mezzetti Law Firm, Inc., which is counsel of record for plaintiff Colonel David Randolph Scott.

2.      I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would competently testify to their truthfulness.

RYAN DEC. ISO OPP. TO BULOVA'S 56(A) MOTION

2



RYAN DEC. ISO OPP. TO BULOVA'S 56(A) MOTION

9.   **Identity.**  Bulova used Col. Scott's identity, as Mission Commander of Apollo 15, in the following documents, which are examples of Bulova's use of his identity, and are not exhaustive:

a.   Bulova referred to Col. Scott as the mission commander of Apollo 15 in copy listing the Bulova "replica" for sale on its website and on third-party retailers' websites. Attached hereto as **Exhibit M** is a true and correct copy of Bulova's website advertising the Bulova "replica" for sale as of March 24, 2016.  Attached hereto as

RYAN DEC. ISO OPP. TO BULOVA'S 56(A) MOTION

4

1   **Exhibit N** is a true and correct copy of the American Jewelry Company website

2   advertising the Bulova "replica" for sale as of December 27, 2017.



23   d.   Bulova referred to Col. Scott as the mission commander in a version of the booklet it

24   included with the Bulova "replica," and it also encouraged its downstream retailers to

25   display that booklet to sell the watch.  Bulova also referred to Col. Scott in the

26   original booklet as "the seventh man to walk on the moon and the first to drive the

27   Lunar Rover," and quoted him, saying "Time is of the Essence."  Attached hereto as

28   **Exhibit T** is a true and correct copy of the booklet included as Physical Exhibit 2 to

RYAN DEC. ISO OPP. TO BULOVA'S 56(A) MOTION

the declaration of Chris Napolitano. ███████████████

████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

██ █████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

11.     **Likeness.**  Bulova used Col. Scott's photograph in the following documents, which are examples of Bulova's use of his photograph, and are not exhaustive:

a.  Bulova currently is using Col. Scott's photograph on its website.  This photo is large, and takes up half of the screen when the photo is displayed through the Google Chrome browser.  It appears as 5 inches by 5 inches on my computer screen, without any resizing.  Attached hereto as **Exhibit X** is a true and correct copy of the photo of Col. Scott on the Bulova website as of December 27, 2017.

b.  Col. Scott's likeness also appears on page 8 of **Exhibit T**, the booklet.

████████████████████████████████████████

████████████████████████████████████

**C.  Bulova's False and Misleading Advertising**

12.     Bulova has, through its marketing, sought to create the appearance of a partnership between Col. Scott and Bulova.  This is a form of false advertising and false endorsement.  Specifically, as shown in **Exhibit M**, Bulova used the following language as of March 24, 2016:  **"After Apollo 15's mission commander made lunar history – while wearing his personal Bulova chronograph – _we're_ making history again."**  (emphasis added).

██ ████████████████████████████████████████

**D. Bulova's Other Misconduct**

14.     Bulova also used NASA Imagery on other forms of marketing, including imagery that made reference to Col. Scott.  Bulova currently has displayed the Apollo 15 mission patch, with Col. Scott's name partially obscured, on the Bulova.com website as part of the "interactive archive." Attached hereto as **Exhibit Y** is a true and correct copy of Bulova's "interactive archive" on Bulova.com as of December 27, 2017.  The NASA patch can be seen in the upper right-hand corner of page 1, and the Apollo 15 Mission Patch with Col. Scott's name partly covered is in the middle of the left-hand side of page 2.



RYAN DEC. ISO OPP. TO BULOVA'S 56(A) MOTION

21.     After Col. Scott's cease and desist letter, Bulova ceased referring to Col. Scott by name or as mission commander of Apollo 15 on its website.  Currently, Bulova's website does not make reference of Col. Scott by either his name or title.  *See*  https://www.bulova.com/collections/special-edition-watches.

**H.  Bulova's Conduct Causes Confusion**

22.     Because Bulova repeatedly referred to Col. Scott by name and as Mission Commander of Apollo 15, consumers have been confused.  In the interests of space, a few examples will be included, in the form of reviews on the Bulova website that make reference to Col. Scott by name.  Attached hereto as **Exhibit HH** is a true and correct copy of reviews found on third party websites (JC Penney and Macys) sourced from Bulova.com that make reference to Col. Scott.  This exhibit is a compilation of excerpts, for brevity's sake.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2017 at San Jose, California

_/s/Maureen Pettibone Ryan_

Maureen Pettibone Ryan

# EXHIBITS A-L

Pursuant to the protective order, Exhibits A-L have been provisionally filed under seal.

EXHIBIT M





# 96B251 Special Edition Moon Chronograph Watch

After Apollo 15's mission commander made lunar history—while wearing his personal Bulova chronograph—we're making history again. The Bulova Moon Watch replicates that original timepiece, updated with our exclusive high performance quartz movement with a frequency of 262 kHz for unparalleled accuracy, continuing a history of precision timing. Features include super-luminous hands and markers, anti-reflective sapphire glass, tachymeter and calendar all housed in a solid 316L surgical-grade stainless steel case in silver-tone with black dial.  Two interchangeable straps are included -- one a textured black leather; the other, a black nylon with a nubuck leather patch that commemorates the date of mission (DOM) as 08021971.  Gift-box presentation includes a Certificate of Authenticity.

$ 550.00 Suggested U.S. Retail Price

FIND A RETAILER

Additional Details:
- Movement: High Performance Quartz
- Case diameter: 45 mm
- Case thickness: 13.5 mm
- Water resistance: 50M
- 3-year limited warranty
- View user manual (pdf)

Share:



# EXHIBIT N

Home /Special Edition Moon Chronograph Watch



Previous                    Next

# Special Edition Moon Chronograph Watch

*From the Special Edition collection*
by Bulova Accu Swiss

Movement: High Performance Quartz
Case diameter: 45 mm
Case thickness: 13.5 mm
Water resistance: 50M
3-year limited warranty

Satin Finished Case And
Stainless Steel Bracelet

**SKU:** 008.448

***Share This:***

Zoom

Our Price:          Availability:
**$650.00**

 Add to Wishlist    Add to Compare

＞    Inquire about this item

### Bulova Accu Swiss

Search more products in
Bulova Accu Swiss.

Call us now for
more info about
this product.
(661) 325 - 5023

## Related

 

Diamond Earring



Sculpted Crescent

 

Sculpted Crescent

Description    Additional Info    Tags

After Apollo 15's mission commander made lunar history—while wearing his personal Bulova chronograph—we're making history again. The Bulova Moon Watch replicates that original timepiece, updated with our exclusive high performance quartz movement with a frequency of 262 kHz for unparalleled accuracy, continuing a history of precision timing. Features include super-luminous hands and markers, anti-reflective sapphire glass, tachymeter and calendar all housed in a solid 316L surgical-grade stainless steel case in silver-tone with black dial.

Leave a message

# EXHIBITS O-S

Pursuant to the protective order, Exhibits O-S have been provisionally filed under seal.

# EXHIBIT T





## ALWAYS INNOVATIVE. RELEVANT. MODERN.

Continuing to advance the art of
watchmaking, Bulova proudly
introduces the Moon Watch.

# ...45 YEARS

after Apollo 15's mission commander made lunar history—while wearing his personal Bulova chronograph—we're making history again. Bulova's new special edition moon chronograph watch replicates that original timepiece, updated with our exclusive high performance quartz movement with a frequency of 262 kHz for unparalleled accuracy, continuing a history of precision timing.



# SHOOTING FOR THE MOON...

...Bulova's legendary engineering expertise was tapped by NASA to help with the US space effort; that active partnership lasted from the mid-1950s into the 1970s.

...Bulova's innovative Accutron tuning fork movement—which could work in low-gravity conditions—was used in all instrument panel clocks and timekeeping mechanisms on 46 NASA missions.

...During the historic July 1969 moon walk, a Bulova ultrasensitive, precision timer was a crucial part of the seismometer placed in the Sea of Tranquility to conduct scientific experiments and transmit critical lunar data.





**"TIME IS OF THE ESSENCE"...**



On August 2, 1971, Apollo 15's mission commander, the seventh man to walk on the moon and the first to drive the Lunar Rover, wore his personally-gifted Bulova moon pilot chronograph. Customized for lunar conditions by the company's engineers, the legendary watch was used to precisely track time—and ensure that no one ran out of oxygen, water or battery power in the portable life support system backpack during the lunar walk...no small feat!







# BACK TO EARTH...

A unique piece of history:
the mission commander's Bulova
moon watch was used to back up
the onboard timers for the critical
reentry into the earth's atmosphere.

*Fun fact:*
*that original Bulova chronograph—*
*the only privately-owned watch to make*
*space history—recently sold at auction for*
*an astronomical $1.625 million!*






# NOW AUTHENTICALLY RECREATED...

Taking inspiration from the original, the Bulova moon watch boasts our exclusive high performance quartz movement with a frequency of 262 kHz for unparalleled accuracy. Other features include super-luminous hands and markers, anti-reflective sapphire glass, tachymeter and calendar in a solid 316L surgical-grade stainless steel case, with water resistance to 50 meters. The strap version includes two interchangeable straps—one a textured black leather; the other, a black nylon with a nubuck leather patch that commemorates the date of mission (DOM) as 08.02.1971; UHF 262 kHz highlights the vibrational frequency of the proprietary quartz movement. Another version with stainless steel bracelet will also be available.





# EMINENTLY COLLECTIBLE...

The special edition Bulova moon watch is sleek, sophisticated and has up-to-the-minute styling for today's sensibility...and tomorrow's collectibility.



## WHAT IS A HIGH PERFORMANCE QUARTZ MOVEMENT?

Bulova's exclusive three-prong quartz crystal increases vibration frequency to 262 kHz, eight times greater than a standard quartz movement, providing unparalleled accuracy.





# BULOVA

Bulova has revolut... is... has been a sym... since 1875. It is renowned for much exclusive in ch... ... es and
... s y... ... as Accutron, the first fully ... y el... t... ho... ch... 19...0. and ... a remarkable ... ... ing
high precision accu quartz m... t... mit. A ... f... in diamond and sport watches, B... ou... ... syste... ...
d... de fat, y e... ch... s, fas... n and c... s. the... e fact... ocular ons, all ... es, for men and women.

BULOVA.COM

B... va's registr... ed t... d... marks.
© 2016 Bulova Corpor... on SEE6251





# EXHIBITS U-W

Pursuant to the protective order, Exhibits U-W have been provisionally filed under seal.

EXHIBIT X



EXHIBIT Y





# Interactive Archive

We're not ones to boast—but we've had our share of memorable firsts in our 140+ year history. And if we don't share them, who will? Check out some of Bulova's History of Firsts…we're pretty proud of our accomplishments!









**Never miss a new watch.**

| your@email.com | Subscribe |

**About Bulova**                                    **Customer Service**

| | | | |
|---|---|---|---|
| Caravelle | → | Warranty & Repairs | → |
| Bulova Clocks | → | Parts & Manuals | → |
| Bulova Eyewear | → | Contact Us | → |

English  Español  Français  Italiano  Deutsch  日本語  简  繁

© 2017. Bulova. All rights reserved. Terms & conditions | Online Ordering Policy.

# EXHIBITS Z-GG

Pursuant to the protective order, Exhibits Z-GG have been provisionally filed under seal.

EXHIBIT HH

9/21/2017                                    Bulova Mens Black Watch Boxed Set-96b251 - JCPenney



# Bulova Mens Black Watch Boxed Set-96b251

★★★★★ 66 Reviews | Ask a Question

Product Description          Product Specifications          Questions & Answers          Customer Reviews

**HURRY! COUPON CODE 37GOSAVE ENDS IN 05:42:47**

FREE SHIPPING ANYWHERE OVER $99 GET DETAILS ›   **EXTRA 30% OFF***   NO MINIMUM PURCHASE REQUIRED

jcpenney   jewelry & watches   all watches

# Bulova Mens Black Watch Boxed Set-96b251

★★★★★ 66 Reviews | Ask a Question

Share:     







**$487.50** SALE
original $650 | 25% off

☑ Limited Manufacturer's Warranty is included  See Details

**ADDITIONAL PROTECTION**  Learn More

2 Year Watch Protection Plan  $50

No Thank you

**Ship To Home or Store**
est. delivery: Oct 3rd - Oct 5th

○ **FREE Same Day Pickup**
Check Store Inventory

QUANTITY
1

**ADD TO BAG**

SAVE FOR LATER

⊞ ADD TO REGISTRY

Product Description          Product Specifications          Questions & Answers          Customer Reviews

**YOU MAY ALSO LIKE**













**$348.75** sale
$465 original
Techno Marine Mens Blue Strap Watch-Tm-115069

**$221.25** sale
$295 original
Bulova® Mens Rose Gold Tone And Brown Classic...
★★★★☆ (2)

**$318.75** sale
$425 original
Bulova® Mens Diamond-Accent Stainless Steel Watch
★★★★☆ (1)

**$318.75** sale
$425 original
Citizen® Eco-Drive® Mens Brown Leather Strap...
★★★★☆ (61)

**$109.99**
Citizen® Mens Go Stainless Steel W



# Bulova Mens Black Watch Boxed Set-96b251

★ ★ ★ ★ ★  66 Reviews | Ask a Question

Product Description          Product Specifications          Questions & Answers          Customer Reviews

**I would recommend this to a friend!**

Written by a customer while visiting bulova.com



★ ★ ★ ★ ★

**Very Nice Watch**

July 4, 2017

AC82

From Montana, United States

My wife got this for me as a gift and I'm pretty impressed so far. It's styling is simple enough to wear with shorts and a t-shirt yet it is still fancy enough to wear with a suit and tie. I personally have very simple tastes and don't really go in for a lot of "bling" the Moon Watch is subdued enough that it doesn't "jump off of your wrist" but sophisticated enough to draw just a little bit of attention. I'm generally pretty hard on watches and from what I can tell so far this watch appears to be pretty durable. I like that it comes with two band options which is nice when you want to dress up or down. The nylon band is super comfortable, I haven't worn the leather band much yet so I'm not sure how  hat one will do but it appears to be high quality and it felt comfortable for the short period I have worn it. Overall I'm very pleased with the Moon Watch, I'm hopeful that it will stand up to a little bit of abuse as I will be my everyday wear watch. The black face is great as it the brushed finish on the case  The luminous dial is quite bright (I wish Bulova publish what type of luminescence they use, I'd be curious to know) and doesn't seem to fade over the course of the night.

**I would recommend this to a friend!**

Written by a customer while visiting bulova.com

BULOVA

★ ★ ★ ★ ★

**Apollo 15 Moon Watch**

July 30, 2017

Herdy64

From Doncaster, United Kingdom

Ive been interested in the Apollo Moon missions since seeing them land in 1969. Then i found out  hat other than the NASA Swiss watch, one other watch had been worn on the Moon by The Commander of Apollo 15 "Dave Scott" on EVA 2. The watch in question was the Bulova 96B251 Moon Watch. The watch is presented in a nice black wooden box with history booklet, two watch straps, leather and mission authentic velcro strap. I love wearing my Bulova Moon watch and think it looks and feels just as good as  he NASA Swiss watch, at at a far better price. [This review was collected as part of a promotion.]

**I would recommend this to a friend!**

Written by a customer while visiting bulova.com

BULOVA

★ ★ ★ ★ ★

**Wonderful watch with an amazing story.**

July 22, 2017

C akin

From Houston, TX, United States

Living in Houston I have always been a bit of a space geek. My wife bought me a Precisionist a few years ago and I love it. It is a very stylish and accurate watch.

The moon watch brings the accuracy of my Precisionist and my love of space history together. The Moon Watch is very stylish as well, with its black face and white markings it has a sharp look. It is a solid watch, it has some heft to it which is nice. Love the sapphire crystals on both my Bulovas.

DRS000642

Sign In   My Account   Stores   Customer Service



Search or enter web ID

My Bag (0) 

WOMEN   MEN   HOME   BED & BATH   SHOES   HANDBAGS   BEAUTY   KIDS   JUNIORS   JEWELRY   WATCHES   ACTIVE   BRANDS

Lists   Deals & Promotions   Gift Cards   **Wedding Registry**

**Bulova**
**Men's Special Edition Moon Chronograph Black Leather Strap Watch & Nylon Strap 45mm 96B251**
★★★★★  67 Reviews

**$650.00**

Color : **Black**

Qty:  1

| ADD TO BAG |
|---|
| ADD TO LIST |

**GIFTNOW**

**Availability**

**Ship**
**in stock**

**Pick up in store**
**Not available at Macy's Westfield Valley Fair**
Check Other Stores

See Store Details

**Product Details**

Finely etched precision details mark every second on this special edition Moon chronograph watch by Bulova.

- Quartz movement
- Black leather strap and additional black nylon strap, both with buckle closure; strap width: 20mm; length: 80mm x 125mm
- Round stainless steel case, 45mm; 1/2" thick. See Watch Size Guide link below.
- Black chronograph dial with silver-tone stick indices, three hands, three subdials, date window and Bulova logo
- Water resistant to 50 meters
- Three-year limited warranty
- Photo may have been enlarged and/or enhanced.

DRS000683



- This item cannot be shipped to American Samoa, Guam, Marshall Islands, U.S. Virgin Islands, Puerto Rico, Palau or the Pacific Islands
- Sign up for Macy's WorryNoMore Jewelry & Watch Protection program within 30 days of your purchase. Call Customer Service at: 1-800-BUYMACY (1-800-289-6229), use Macy's Chat function or visit any Macy's store with your dated online receipt.
- Men's Watch Size Guide
- Financing & WorryNoMore Protection Program Terms For Watches
- Request warranty information
- Web ID: 2729644

**Shipping & Returns**

## customers also loved



Bulova Men's Automatic Stain...
$425.00
(1)



Bulova Men's Sport Blue Sili...
$225.00
Sale $99.00
(7)



Seiko Women's Special Value ...
$280.00



Bulova Women's Diamond Accen...
$350.00
Sale $149.00
(1)



Bulova Mer...

## Reviews

Overall: ★★★★★   67 reviews

| | |
|---|---|
| 5 Stars | 64 |
| 4 Stars | 3 |
| 3 Stars | 0 |
| 2 Stars | 0 |
| 1 Star | 0 |

100% of reviewers recommend this product.

Runs Small ——————|—— Runs Large
Very Lightweight ————|———— Very Heavy
Classic ——|———————— Contemporary

Write a review for a chance to win a $1000 gift card! See Details

**Customer Ratings and Reviews**

What Is Relevancy Sort?   Sort by ▼

Overall Rating ★★★★★   **Just perfect**   July 29, 2017

DRS000684

MikeK

When apollo Commander Scott's official government issue watch broke, he retrieved from the pocket of his space suit his personal Bulova Chronograph watch to complete the Apollo 15 mission. Little did he realize the historical significance of his actions. He created the only known personally owned watch to be worn on the moon. Bulova successful reissue of this historical time piece is a faithfulness recreation in both looks and feel with the added benefit of probably the most accurate propriatry movement available. It will make a stunning addition to any watch collectors collection.

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★★

Wjl356
from Gloucester, MA, United States

### Classic look                                                    July 14, 2017

Bought this watch due to its classic style,automatic movement,and reasonable price.
I own 15 Bulova watches including Accutron 214's.my high school graduation got was a Bulova watch that I wore thru years of military training.

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★★

iHarley
from California, United States

### Love at first sight                                              July 14, 2017

I'm a watch enthusiast on a budget, and once I saw the Moon Watch on an Instagram post I had to have it. Between the look of it and the unique story behind the original model this felt like a special watch to have. I quickly went to look for reviews, even though I knew unless there was a giant red flag I would be ordering this guy.
I was impressed with he presentation upon opening the box. Front and center, and looking better than any photo I'd seen, was the watch and it's extra strap. I took a couple minutes to just take it in. The watch has some definite heft to it, but not in an annoying way. I was a little worried it's 45mm size would be a bit much for my wrist, but I was happy to find it sat comfortably on the wrist, and I quickly got used to the larger size. I like he unique pushers for the chronograph functions, and he dial is so easy to read. Everything is clear and easily read with a quick glance. This is by far my favorite watch to wear, and on days where I'm not wearing it I find myself s ill taking a couple seconds to look at it.

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★☆

Tim_both
from Minneapolis, MN, United States

### Quality watch with interesting history.                         July 14, 2017

I was interested in this watch since it was announced. Once I knew hen the watch was to be released. I ordered one. Now that I've had he watch for a good year. I have only good things to say. It's a quality watch with a very accurate movement.

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★★

AC82
from Montana, United States

### Very Nice Watch                                                  July 4, 2017

My wife got this for me as a gift and I'm pretty impressed so far. It's styling is simple enough to wear with shorts and a t-shirt yet it is still fancy enough to wear with a suit and tie. I personally have very simple tastes and don't really go in for a lot of "bling" he Moon Watch is subdued enough hat it doesn't "jump off of your wrist" but sophisticated enough to draw just a little bit of attention. I'm generally pretty hard on watches and from what I can tell so far this watch appears to be pretty durable. I like that it comes with two band options which is nice when you want to dress up or down. The nylon

DRS000689

**Overall Rating** 

Bob O

### A classically styled watch with a unique history.

May 26, 2017

The Special Edi ion Moon Chronograph Watch merges a period of American Space Exploration with Bulova's precision, style and quality. The quality of the watch alone is definitely worthy of 5 Stars. Though it's a large watch, it fits nicely on the wrist and feels very comfortable. It's not a flashy watch, but it's classic good looks elicits many positive comments when I wear it. This is a watch you can wear every day.

**Yes, I recommend this product.**

Customer review from bulova.com

BULOVA

---

**Overall Rating** 

Emet441
from California

### Well made, very attractive, and super accurate

May 26, 2017

I have owned this watch for several months and I am completely sa isfied. It is very well made and attractive. The dial is nicely detailed and flawlessly executed. I highly recommend this watch.

**Yes, I recommend this product.**

Customer review from bulova.com

BULOVA

---

**Overall Rating** 

mattx
from Tempe, AZ

### Anouthe rexmaple of Bulova Greatness

May 26, 2017

I looked at this watch wi h much anticipation before purchase, and i must say coudn't be happier!

**Yes, I recommend this product.**

Customer review from bulova.com

BULOVA

---

**Overall Rating** ★★★★★

Rich
from Nazareth, PA, United States

### Beauty, Brains and Braun in One Watch!

May 26, 2017

Okay, so I am a watch guy. I love watches. Additionally, I am a science guy (I teach science, and I do science), so to me, my watch needs to be more than just jewelry; it's a tool. My watches need to be good-looking, robust, and able to do something more than just tell the time. They have to be useful, AND make a statement.

One watch that I'd always wanted, but which had always eluded me was a "moon watch". I've always wanted one, but it was never  he right combination of money,  ime, and watch features for me to ultimately pull the trigger and purchase one. Then, the other day, when I was in my local jewelry store with my wife, I noticed a display touting a Bulova Moon Watch. I asked to see the watch and was blown away by the styling and the presentation. I asked the price and had to have the sales girl repeat it to me, because I couldn't believe how reasonable it was. Still I wasn't convinced. I couldn't really make the connection. Then I did some research and found out it was an exact copy (externally) of a watch, made by Bulova, that Commander David Scott actually wore on the surface of the moon, during the 3rd EVA of the Apollo 15 mission! Amazing! Bulova actually had a real Moon Watch. So I went back to the jewelry store and purchased it.

I have been wearing it ever since, and every day I love it more and more. It is big and beautiful and easy to read. It allows me to accurately time experiments wi h  he chronometer feature. The 262 kHz movement keeps the time "dead on" day, after day, after day. The watch is really stylish, and looks good with everything in my wardrobe. I have worn the watch with bo h of the bands that it came with, but have settled on an aftermarket "Nato" style band that is stylish, but will allow me to preserve the bands the watch came with for the package's value as a collector's piece.

I was a luxury watch snob, and in  he past hadn't given Bulova a second thought. This watch has changed my mind. I am so happy with my Bulova Moon Watch that I actually convinced a co-worker who was looking for new watch to get one too. I have and will DEFINITELY recommend Bulova to friends who are looking for an accurate, stylish, reasonably priced watch for their day-to-day use. Thank you Bulova for opening my eyes to new possibilities.

**Yes, I recommend this product.**

DRS000696

Was this helpful?   **3**   **0**   *report*

**Overall Rating** 

**TomMa**

| Runs Small | | Runs Large |
| Very Lightweight | | Very Heavy |

**Excellent watch, just wish it were smaller**

December 7, 2016

i've had the watch for 6 months, I love it. The only complaint is the case is a bit too big but I knew hat purchasing the watch.

Build quality is excellent for he price. I also own an Omega Speedmaster Professional and I find that I wear this Bulova more than my Speedy. I just wish it were closer in size to my Speedy.

But, Bulova did a fantastic job regarding the dial detail, the presenta ion box and the overall look compared to he one and only Dave Scott Bulova. After some minor adjustments (as detailed in the manual), each sub-dial along with the sweep second hand hit the markers spot on, better than my Speedy does (which cost about 10x as much).

Best part is in the last 6 months it maybe gained a couple of seconds (not a month, but over 6 months). If you can handle the case size his is a great watch to own.

   **Yes, I recommend this product.**

Was this helpful?   **3**   **2**   *report*

Prev   1   2   **3**

## Product Q&A

0 Questions, 0 Answers

**Be the first to ask a question!**

ask a new question

## Customer Pictures



By using his hashtag you agree you are 18 years or older and you allow Macy's to use your image in its stores, websites, social media, in print, billboards and in adver ising and agree to our User Generated Content Policy (Https://Customerservice.Macys.Com/App/Answers/Detail/A_id/388? Cm_sp=Macys_customer_service-_-Search_results-_- User+Generated+Content+Policy%2Fkw%2Fuser%2520generated%2520content) and Terms & Conditions (Https://Customerservice.Macys.Com/App/Answers/Detail/A_id/3907).

VIEW GALLERY
(//Www.Macys.Com/Ce/Splash/Macyslkw/ADDI Afdk)HOTO

DRS000701

**El Suprimo**
from **Arizona, United States**

Purchased this watch one week ago and am very happy with the fit, finish, size and style. As a 20 year USAF veteran Master Navigator, I am an accuracy freak on time. Still set my daily wear watch every morning. Also feel connection since I recall watching this landing live on TV in 1971.

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★★

**Eldar68**
from **Atlanta, GA, United States**

### My daily watch since the day one

July 31, 2017

I acquired this watch some 10 months ago, and it never left my wrist since the day one. I love everything about it. Some people note it's size as a negative factor, but this watch fits perfectly on my 6.5" wrist.

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★★

**Thor**
from **Ottawa, ON, Canada**

### One of a kind!

July 31, 2017

Bought it after reading about its history!! Amazing feats and and features! Very clear and easy to read! Great for office during the week and just as epic for a laid back weekend BBQ!

**Yes, I recommend this product.**

Customer review from bulova.com

---

Overall Rating ★★★★★

**Herdy64**
from **Doncaster, United Kingdom**

### Apollo 15 Moon Watch

July 30, 2017

Ive been interested in the Apollo Moon missions since seeing them land in 1969. Then i found out that other than  he NASA Swiss watch, one other watch had been worn on the Moon by The Commander of Apollo 15 "Dave Scott" on EVA 2. The watch in question was the Bulova 96B251 Moon Watch. The watch is presented in a nice black wooden box with history booklet, two watch straps, leather and mission authentic velcro strap. I love wearing my Bulova Moon watch and think it looks and feels just as good as the NASA Swiss watch, at at a far better price. [This review was collected as part of a promotion.]

**Yes, I recommend this product.**

Customer review from bulova.com



---

Overall Rating ★★★★★

**MSINGH**
from **Los Angeles, CA, United States**

### GREAT REPLICA WATCH

July 30, 2017

I BOUGHT THIS WATCH RECENTLY, ITS A GREAT WATCH WITH GOOD DETAILS.

**Yes, I recommend this product.**

Customer review from bulova.com



DRS000705