ROBERT L. MEZZETTI II (SBN 114282)
Rob@mezzettilaw.com
MAUREEN PETTIBONE RYAN (SBN 245438)
Maureen@mezzettilaw.com
CHRISTOPHER R. MEZZETTI (SBN 282287)
Chris@mezzettilaw.com
MEZZETTI LAW FIRM, INC.
31 East Julian Street
San Jose, California 95112
Telephone (408) 279-8400
Facsimile (408) 279-8448

Attorneys for Plaintiff
Colonel David Randolph Scott (Ret.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLONEL DAVID RANDOLPH SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZEN WATCH COMPANY OF AMERICA, INC., a California Corporation (successor to BULOVA CORPORATION, a New York corporation); STERLING JEWELERS, INC. dba KAY JEWELERS, a Delaware corporation; and DOES 1 through 99, inclusive,<br><br>Defendants. | Case Number: 17-CV-00436-NC<br><br>DECLARATION OF MAUREEN PETTIBONE RYAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO KAY'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)<br><br>**REDACTED**<br><br>Date: February 7, 2017<br>Time: 1:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Nathanael Cousins<br><br>Complaint Filed: January 27, 2017 |

RYAN DEC. ISO OPP. TO KAY'S 56(A) MOTION

1

**Declaration of Maureen Pettibone Ryan**

I, Maureen Pettibone Ryan, declare:

1. I am an attorney licensed to practice law in the State of California, and admitted before the United States District Court, Northern District of California. I am an associate of Mezzetti Law Firm, Inc., which is counsel of record for plaintiff Colonel David Randolph Scott.

2. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would competently testify to their truthfulness.

[REDACTED]

4. Attached hereto as **Exhibit B** is a true and correct copy of Kay Jeweler's Website, as of February 20, 2016, including text that describes the Bulova "replica." This copy of Kay Jeweler's Website was downloaded by me from web.archive.org (also known as the "Internet Archive Wayback Machine") on December 22, 2017.

[REDACTED]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2017 at San Jose, California

                                                 */s/Maureen Pettibone Ryan*

                                                 Maureen Pettibone Ryan

# EXHIBIT A

Pursuant to the protective order, Exhibit A has been provisionally filed under seal.

# EXHIBIT B





# EXHIBIT C

  Pursuant to the protective order, Exhibit C has been provisionally filed under seal.