ROBERT L. MEZZETTI II (SBN 114282)
Rob@mezzettilaw.com
MAUREEN PETTIBONE RYAN (SBN 245438)
Maureen@mezzettilaw.com
CHRISTOPHER R. MEZZETTI (SBN 282287)
Chris@mezzettilaw.com
MEZZETTI LAW FIRM, INC.
31 East Julian Street
San Jose, California 95112
Telephone (408) 279-8400
Facsimile (408) 279-8448

Attorneys for Plaintiff
Colonel David Randolph Scott (Ret.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLONEL DAVID RANDOLPH SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> CITIZEN WATCH COMPANY OF AMERICA, INC., a California Corporation (successor to BULOVA CORPORATION, a New York corporation); STERLING JEWELERS, INC. dba KAY JEWELERS, a Delaware corporation; and DOES 1 through 99, inclusive, <br><br> Defendants. | Case Number: 17-CV-00436-NC <br><br> DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND ORDER OF DISMISSAL <br><br> Judge: Hon. Nathanael Cousins <br><br> Complaint Filed: January 27, 2017 <br> Trial Date: November 5, 2018 |

STIPULATION OF DISMISSAL                                               Case No. 17-CV-00436-NC

1

Plaintiff Colonel David Randolph Scott pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismisses, with prejudice, all claims, causes of action, and parties.. Defendants Citizen Watch Company of America, Inc., Bulova Corporation, and Sterling Jewelers, Inc., dba Kay Jewelers, consent to the dismissal with prejudice.

Dated: MEZZETTI LAW FIRM, INC.

By: */s/ Robert L. Mezzetti, II*
    Robert L. Mezzetti, II
    Christopher R. Mezzetti
    Maureen Pettibone Ryan
    Attorneys for Plaintiff Colonel David Randolph Scott

Dated: GREENBERG TRAURIG, LLP

By: */s/ Ian C. Ballon*
    Ian C. Ballon
    Nina D. Boyajian
    Rebekah S. Guyon
    Attorneys for Defendant Citizen Watch Company of America, Inc.

Dated: MCGLINCHEY STAFFORD

By: */s/ Richik Sarkar*
    Richik Sarkar
    Dhruv Sharma
    Attorneys for Defendant Sterling Jewelers Inc. dba Kay Jewelers

/////
/////
/////
/////
/////

## CERTIFICATION

I, Robert L. Mezzetti, II, am the ECF user whose ID and password are being used to file

this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: By: _/s/  Robert L. Mezzetti, II_
Robert L. Mezzetti, II

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: _____August 20_____, 2018  _____
Hon. Nathanael M. Cousins



STIPULATION OF DISMISSAL                                Case No. 17-CV-00436-NC

3